UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| INGRAM BARGE COMPANY | * | CIVIL ACTION |
| | * | |
| versus | * | NO. |
| | * | |
| M/V NORD STABILITY AND HER TACKLE, EQUIPMENT AND APPURTENANCES, *IN REM* | * | SECTION |
| | * | MAGISTRATE |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VERIFIED COMPLAINT FOR MARITIME ARREST

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Ingram Barge Company, ("Ingram"), and for its complaint against Defendant M/V NORD STABILITY (IMO No. 9629495) and her tackle, equipment, and appurtenances, *in rem*, represents as follows:

1.

Ingram Barge Company, ("Ingram") is a barge transportation company licensed to do and doing business in the State of Louisiana and this judicial district.

2.

Defendant *in rem*, the M/V NORD STABILITY, is a vessel approximately 183 meters in length, bearing the flag of Panama and the IMO Number 9629495, and is located in this judicial district over which this Court has *in rem* jurisdiction.

3.

The vessel sued herein is now, or will be during the pendency of this action, located within the jurisdiction of this Honorable Court.

4.

This case involves direct and consequential damages arising from a collision between the M/V NORD STABILITY, the M/V GALE C, and various Ingram barges, including the ING 922 and ING 912, at or near Mile 86 on the lower Mississippi River near Mereaux, Louisiana, for which this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1333 and the Federal Maritime Lien Act, 46 U.S.C. § 31342.

5.

The case presents an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

6.

Venue is appropriate in this judicial district pursuant to 28 U.S.C. § 1391(b).

7.

On December 28, 2013, the M/V NORD STABILITY and M/V GALE C were proceeding down river in the vicinity of Mereaux, Louisiana. The vessels had agreed to a procedure allowing the M/V NORD STABILITY to overtake and pass the M/V GALE C. During the overtaking the M/V NORD STABILITY violated various rules and regulations and, without warning or communication, collided with the M/V Gale C and its tow. In addition to other damage, the ING 922 and its cargo of coal was sunk, and the ING 912 sustained damage and will require repair. The M/V GALE C, the ING 922, and the ING 912 were owned and/or operated by Ingram.

8.

The M/V NORD STABILITY's collision with the aforementioned Ingram vessel and barges and the resulting damages were in no way attributable to any fault, negligence or want of care on the part of Ingram, but rather was the result of and caused by the fault, negligence and want of care of the M/V NORD STABILITY and/or its owners, managers, charterers and/or agents, all presumed under maritime law, in the following respects:

1. By failing to maintain the vessel in a seaworthy condition;

2. By failing to maintain proper control of the vessel;

3. By failing to maintain and monitor the vessel's position;

4. By failing to ensure that the vessel would not lose steerage or power during her voyage;

5. By failing to use due care under the circumstances, both before and after the vessel lost steerage;

6. By failing to take appropriate corrective actions to avoid the collision; and

7. Any and all acts of negligence, fault, and lack of due care, whether presumed or otherwise, to be proven at trial.

9.

Ingram has suffered and will suffer extensive pecuniary and non-pecuniary damages as a result of the collision, as well as increased expenses in its effort to mitigate those damages, including the salvage and replacement of the sunken ING 922 and its lost cargo, the repair of the ING 912, survey expenses, contractor expenses, vessel expenses, employee expenses, business interruption, and other damages, estimated currently to exceed $1,000,000.00, for which the defendant as well as her owners, operators, charterers and insurers are liable *in solido.*

10.

Ingram claims a maritime lien against the M/V NORD STABILITY for the amount needed to replace ING 922, to replace the ING 922's cargo, and to repair the ING 912, as well as all attendant damages directly or indirectly attributable to the collision described above.

WHEREFORE, plaintiff, Ingram Barge Company prays:

1.That process *in rem*, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims under the Federal Rules of Civil Procedure issue a writ of attachment against the M/V NORD STABILITY and that all persons claiming any interest therein be cited to appear and answer under oath all and singular the matters aforesaid; and that the vessel so seized, be condemned, and sold to satisfy the judgment rendered herein.

2.That process *in rem*, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure issue a warrant of arrest against the M/V NORD STABILITY and that all persons claiming any interest therein be cited to appear and answer under oath all and singular the matters aforesaid; and that the vessel so seized, be condemned, and sold to satisfy the judgment rendered herein;

3.That this Court award Ingram interest, costs and attorney's fees associated with this Complaint;

4.Ingram reserves the right to amend this complaint to include *in personam* claims against the owners, operators, charterers and insurers of the M/V NORD STABILITY.

4.That the Court grant such other and further relief as may be just in the circumstances.

-5-

Filed on December 28, 2013

                Respectfully submitted,

                /s/ Brett D. Wise_____
                Don K. Haycraft, (Bar #14361)
                Brett D. Wise (Bar #24711)
                Devin C. Reid (Bar #32645)
                LISKOW & LEWIS
                701 Poydras Street, Suite 5000
                New Orleans, LA 70139-5099
                Telephone:  504-581-7979
                Fax:  504-556-4108
                dkhaycraft@liskow.com
                bdwise@liskow.com
                dcreid@liskow.com

                ***Attorneys for Ingram Barge Company***

1330705_1