UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| INGRAM BARGE COMPANY | * | CIVIL ACTION |
| | * | NO. 13-06794 |
| versus | | |
| | * | SECTION |
| M/V NORD STABILITY AND HER TACKLE, EQUIPMENT AND APPURTENANCES, *IN REM* | * | MAGISTRATE |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WARRANT FOR ARREST

TO: The Marshal of the Eastern District of Louisiana or the Marshal's Lawful Deputy

WHEREAS, a verified Complaint was filed in the United States District Court for the Eastern District of Louisiana on the 28th day of December, 2013, by plaintiff Ingram Barge Company, asserting admiralty and maritime claims *in rem* against the M/V NORD STABILITY, its tackle, equipment, and appurtenances, more particularly described in the Complaint; and

WHEREAS, the plaintiff has requested the issuance of a warrant for the arrest of said vessel, its tackle, equipment, and appurtenances;

WHEREAS, Plaintiff has agreed to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest or attachment of the vessel;

1330709_1

YOU ARE THEREFORE COMMANDED to forthwith arrest the vessel M/V NORD STABILITY, its tackle, equipment, and appurtenances until further order of the Court respecting the same or until the release of the M/V NORD STABILITY, its tackle, equipment, and appurtenances is duly obtained, and to serve a copy of the Complaint filed herein and this Warrant for Arrest upon the master or other ranking officer the barge M/V NORD STABILITY. If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy of the same to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or his agent.

And what you shall have done in the premises then and there made due and prompt return, together with this writ.

New Orleans, Louisiana, this 28th day of December 2013.

_____

1330709_1