UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| INGRAM BARGE COMPANY | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 13-06794 |
| | * | |
| M/V NORD STABILITY AND HER TACKLE, EQUIPMENT AND APPURTENANCES, *IN REM* | * | SECTION "N" |
| | * | DIVISION "1" |
| | * | JUDGE KURT D. ENGELHARDT |
| | * | MAGISTRATE JUDGE SALLY SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## *EX PARTE* MOTION FOR RELEASE OF VESSEL AND FOR SUBSTITUTION OF *RES*

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Ingram Barge Company, and hereby respectfully moves this Court to release the M/V NORD STABILITY from arrest and, further, to accept the Letter of Undertaking from Codan Insurance Ltd. A/S, attached as Exhibit A, as substitute *res* in place of the M/V NORD STABILITY.  In support of this motion, Ingram Barge Company represents that it has received the attached Letter of Undertaking in the amount of one-million five hundred thousand U.S. dollars ($1,500,000) from Poul Toldhwoss Aunsholm of Codan Insurance Ltd. A/S on December 30, 2013 to secure release of and/or refrain from arresting the M/V NORD STABILITY.  As a result of this substitute security, Ingram Barge Company no longer requires the United States Marshal's Service to arrest/seize the M/V NORD STABILITY.

1330764_1

-2-

Respectfully submitted,

/s/ Brett D. Wise_____
Don K. Haycraft, T.A. (Bar #14361)
Brett D. Wise (Bar #24711)
Devin C. Reid (Bar #32645)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: 504-581-7979
Fax: 504-556-4108
dkhaycraft@liskow.com
bdwise@liskow.com
dcreid@liskow.com

*Attorneys for Ingram Barge Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for Release of Vessel and for Substitution of *Res* has been filed electronically on this 30th day of December, 2012, and notice will be sent by operation of this Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Brett D. Wise_____

-2-

1330764_1