UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| INGRAM BARGE COMPANY | * | CIVIL ACTION |
| versus | * | NO. 13-06794 |
| M/V NORD STABILITY AND HER TACKLE, EQUIPMENT AND APPURTENANCES, *IN REM* | * * | SECTION "N" DIVISION "1" |
| | * | JUDGE KURT D. ENGELHARDT |
| | * | MAGISTRATE JUDGE SALLY SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Release of Vessel and for Substitution of *Res* filed by Ingram Barge Company,

IT IS HEREBY ORDERED that the M/V NORD STABILITY is released from arrest and/or seizure by the United States Marshal's Service for the Eastern District of Louisiana; and

IT IS HEREBY FURTHER ORDERED that the Letter of Undertaking issued by Codan Insurance Ltd. A/S on December 30, 2013 and attached as Exhibit A to Ingram Barge Company's foregoing motion be accepted as substitute *res* in place of the M/V NORD STABILITY.

New Orleans, Louisiana, this  30th  day of  December , 2013 .

_____
UNITED STATES DISTRICT JUDGE